FILED
10/17/17 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: **HOLLY HARTSWICK** ) | Case No. 16-24210-GLT |
| ) | Chapter 13 |
| Debtor, ) | Filed Under Local Rule |
| _____ ) | 9013.4 6(b) |
| Russell A. Burdelski, Esquire ) | RAB-5 |
| Applicant ) | Hearing Date _11/01/17@_10:00am |
| ) | |
| ) | Response Due 9/25/17 |
| No Respondent ) | Related to Docket No. 61 |

ORDER OF COURT

AND NOW, to wit, this 17th Day of October, 2017

the **APPLICATION OF RUSSELL A. BURDELSKI, ESQUIRE FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved in the amount of $_1,575.00_, which represents $1,550.00 in attorney's fees and $_25.00____ in costs for the time period of 2/01/16 to 9/08/17. Debtor's counsel has already been approved to be paid $4,000.00 to date (*i.e. $1,000.00 retainer and $3,000.00 through the plan*), and the balance of $1575.00 remains and shall be paid by the Chapter 13 Trustee to the extent provided for in the confirmed Chapter 13 Plan. Thus, the grand total of all fees and costs approved thus far are: $1,000.00 retainer + $3,000.00 through plan + $1,575.00 = $5,575.00.

By the Court

Prepared by: _Russell A Burdelski, Esq.

**DEFAULT ENTRY**

Dated: October 17, 2017

Gregory L. Taddonio    **drb**
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

The Clerk Shall Record the Total Award of Compensation in the amount of $5,575.00

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-24210-GLT
Holly A. Hartswick                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz          Page 1 of 1          Date Rcvd: Oct 17, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Holly A. Hartswick,    256 State Street,    Baden, PA 15005-1944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
       as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com
      Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
       New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust
       2007-C pabk@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com
                                                                                                                                TOTAL: 6