IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/2/20 2:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE: Holly Hartswick )
)
　　　Holly Hartswick ) Case No. 16-24210-GLT
　　　　　Debtor/Movant ) Hearing date 1/29/20 @10:00am
) Chapter 13
v. ) Response date 1/13/20
**AVENUE STORES, LLC** )
　　　　　Employer/Respondent ) Related to Dkt. No. 82
)

## MODIFIED ORDER STOPPING WAGE ATTACHMENT

**AND NOW,** this 2nd day of January, 2020, it is hereby Ordered, Adjudged and Decreed that the Voluntary Wage attachment by **Avenue Stores, LLC** is hereby immediately terminated and no further deductions shall be made on the debtors pay. The hearing scheduled for January 29, 2020 is CANCELLED.

_____
US Bankruptcy Judge    jah

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly A. Hartswick  
    Debtor

Case No. 16-24210-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 1      Date Rcvd: Jan 03, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.  
db         +Holly A. Hartswick,    256 State Street,    Baden, PA 15005-1944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:  
         James   Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com  
         Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust 2007-C pabk@logs.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com  
         Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as Trustee for Nationstar Home Equity Loan Trust 2007-C smncina@rascrane.com  
                                                                                                                TOTAL: 7