**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Holly Hartswick | ) | Chapter 13 |
| Debtor(s) | ) | Case Number 16-24210-GLT |
| | ) | |
| Holly Hartswick, Debtor(s) | ) | |

## CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO STOP WAGE ATTACHMENT

I certify under penalty of perjury that I have served a copy of the Debtors Order granting motion to stop wage attachment filed with this proceeding on January 14, 2020,

The type of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: **FIRST CLASS US MAIL**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First Class Mail."

Service on the Trustee, Ronda Winnecour, and respondent(s) at (list the names and addresses here):

**Avenue Stores, LLC**
**Attn: Payroll**
**3285 Babcock Blvd**
**Pittsburgh, PA 15237**

Executed on January 14, 2020

                                          ___/s/Russell A. Burdelski, Esquire_
                                          R. Burdelski, Esquire
                                          Burdelski Law Offices
                                          1020 Perry Highway-
                                          Pittsburgh, PA 15237
                                          (412) 366 - 1511
                                          atyrusb@choiceonemail.com
                                          PA I.D. # 72688

_____January 14, 2020_____DATE