# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>HOLLY A. HARTSWICK<br><br>    Debtor(s)<br>Ronda J. Winnecour, Trustee<br>    Movant<br>        vs.<br>HOLLY A. HARTSWICK<br><br><br>    Respondents | Case No. 16-24210GLT<br><br><br>Chapter 13<br><br><br>Related to<br>Document No. __88__ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __14th__ day of __April__, 20__20__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Layne Bryant
Attn: Payroll Manager
3344 Morise Crossing Rd
Columbus, OH 43219

is hereby ordered to immediately terminate the attachment of the wages of HOLLY A. HARTSWICK, social security number XXX-XX-2458. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of HOLLY A. HARTSWICK.

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

BY THE COURT:

_____ sjk
UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
4/14/20 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-24210-GLT
Holly A. Hartswick                                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: agro                  Page 1 of 1              Date Rcvd: Apr 14, 2020
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2020.
db             +Holly A. Hartswick,    256 State Street,    Baden, PA 15005-1944

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust
               2007-C pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
               Trustee for Nationstar Home Equity Loan Trust 2007-C smncina@rascrane.com
                                                                                             TOTAL: 7