Form 604

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Holly A. Hartswick** | : | Case No. 16–24210–GLT |
| **fka Holly A. Sallese** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 93 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/15/20 at 11:00 AM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE
FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 28th of April, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 93 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  *On or before June 12, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *July 15, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall *IMMEDIATELY* advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-24210-GLT
Holly A. Hartswick                                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                  Page 1 of 1                      Date Rcvd: Apr 28, 2020
                              Form ID: 604                Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db            +Holly A. Hartswick,    256 State Street,    Baden, PA 15005-1944
cr            +Nationstar Mortgage LLC as servicer for The Bank o,    8950 Cypress Waters Blvd,
                Coppell, TX 75019-4620
cr            +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,    Aldridge Pite, LLP,
                Attn: Jamie D. Hanawalt,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                San Diego, CA 92177-7921
14329690       HERITAGE VALLEY BEAVER,    PO BOX 536371,    Pittsburgh, PA 15253-5905
14329691       NATIONSTAR,    PO BOX 6056,    City of Industry, CA 91716-0516
14320669      +NATIONSTAR MORTGAGE,    C/O MILSTEAD & ASSOC,    1 E. STOW ROAD,    Marlton, NJ 08053-3118
14320670      +NATIONSTAR MORTGAGE,    PO BOX 60516,    City of Industry, CA 91716-0516
14329694      +SEWICKLEY VET HOSPITAL,    c/o IC SYSTEMS COLLECTIONS,    PO BOX 64378,
                Saint Paul, MN 55164-0378
14348813      +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14409302      +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:49      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
14329693*     +NATIONSTAR MORTGAGE,    PO BOX 60516,    City of Industry, CA 91716-0516
14329692*     +NATIONSTAR MORTGAGE,    C/O MILSTEAD & ASSOC,    1 E. STOW ROAD,    Marlton, NJ 08053-3118
                                                                                             TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
               as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
               New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust
               2007-C pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com
              Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
               Trustee for Nationstar Home Equity Loan Trust 2007-C smncina@rascrane.com
                                                                                             TOTAL: 7