**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| HOLLY A. HARTSWICK | Case No.:16-24210 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br> Chapter 13 Trustee,<br> Movant<br> vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 27, 2020

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 11/11/2016  and confirmed on 3/2/17 .  The case was subsequently         Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,655.31 |
| Less Refunds to Debtor | 2,330.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 42,324.80 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,575.00 | |
| Trustee Fee | 1,859.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,434.31 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9804 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 5,189.60 | 5,189.60 | 0.00 | 5,189.60 |
| Acct: 9804 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 29,363.98 | 0.00 | 29,363.98 |
| Acct: 9804 | | | | |
| BANK OF NEW YORK MELLON - TRUSTE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9804 | | | | |
| | | | | 34,553.58 |
| **Priority** | | | | |
| RUSSELL A BURDELSKI ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOLLY A. HARTSWICK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HOLLY A. HARTSWICK | 2,330.51 | 2,330.51 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICES OF RUSSELL A BURDELSI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RUSSELL A BURDELSKI ESQ* | 1,575.00 | 1,575.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXX8-17 | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
| HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8344 | | | | |
| HERITAGE VALLEY BEAVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8185 | | | | |
| IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1991 | | | | |
| DUQUESNE LIGHT COMPANY* | 1,336.91 | 1,336.91 | 0.00 | 1,336.91 |
| Acct: 2458 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F | 0.00 | 0.00 | 0.00 | 0.00 |

16-24210    Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,336.91 |

TOTAL PAID TO CREDITORS                                                                 35,890.49

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 5,189.60 |
| SECURED | 1,336.91 |

Date: 04/27/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    HOLLY A. HARTSWICK

        Debtor(s)

    Ronda J. Winnecour
          Movant
        vs.
    No Repondents.

Case No.:16-24210

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                      BY THE COURT:


                      _____
                      U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Holly A. Hartswick
        Debtor

Case No. 16-24210-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel          Page 1 of 1          Date Rcvd: Apr 28, 2020
                             Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2020.
db          +Holly A. Hartswick,   256 State Street,   Baden, PA 15005-1944
cr          +Nationstar Mortgage LLC as servicer for The Bank o,   8950 Cypress Waters Blvd,
              Coppell, TX 75019-4620
cr          +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,   Aldridge Pite, LLP,
              Attn: Jamie D. Hanawalt,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
              San Diego, CA 92177-7921
14329690     HERITAGE VALLEY BEAVER,   PO BOX 536371,   Pittsburgh, PA 15253-5905
14329691     NATIONSTAR,   PO BOX 6056,   City of Industry, CA 91716-0516
14320669    +NATIONSTAR MORTGAGE,   C/O MILSTEAD & ASSOC,   1 E. STOW ROAD,   Marlton, NJ 08053-3118
14320670    +NATIONSTAR MORTGAGE,   PO BOX 60516,   City of Industry, CA 91716-0516
14329694    +SEWICKLEY VET HOSPITAL,   c/o IC SYSTEMS COLLECTIONS,   PO BOX 64378,
              Saint Paul, MN 55164-0378
14348813    +THE BANK OF NEW YORK MELLON,   Nationstar Mortgage, LLC,   PO Box 619096,
              Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14409302    +E-mail/Text: kburkley@bernsteinlaw.com Apr 29 2020 03:22:45   Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Duquesne Light Company
14329693*   +NATIONSTAR MORTGAGE,   PO BOX 60516,   City of Industry, CA 91716-0516
14329692*   +NATIONSTAR MORTGAGE,   C/O MILSTEAD & ASSOC,   1 E. STOW ROAD,   Marlton, NJ 08053-3118
                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2020 at the address(es) listed below:
         James  Warmbrodt    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
          as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com
         Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC as servicer for The Bank of
          New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust
          2007-C pabk@logs.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com
         Sindi  Mncina    on behalf of Creditor   THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
          Trustee for Nationstar Home Equity Loan Trust 2007-C smncina@rascrane.com
                                                              TOTAL: 7