IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/19/20 2:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  HOLLY A. HARTSWICK

      Debtor(s)

  Ronda J. Winnecour
        Movant
        vs.
  No Repondents.

Case No.:16-24210

Chapter 13

Related to Dkt. No. 93

ORDER OF COURT

AND NOW, this  19th  day of  June 2020,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Holly A. Hartswick  
    Debtor  

Case No. 16-24210-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: agro     Page 1 of 1     Date Rcvd: Jun 19, 2020  
                      Form ID: pdf900     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.

```
db              +Holly A. Hartswick,    256 State Street,    Baden, PA 15005-1944
cr              +Nationstar Mortgage LLC as servicer for The Bank o,    8950 Cypress Waters Blvd,
                  Coppell, TX 75019-4620
cr              +THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW,    Aldridge Pite, LLP,
                  Attn: Jamie D. Hanawalt,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                  San Diego, CA 92177-7921
14329690         HERITAGE VALLEY BEAVER,    PO BOX 536371,    Pittsburgh, PA 15253-5905
14329691         NATIONSTAR,    PO BOX 6056,    City of Industry, CA 91716-0516
14320669        +NATIONSTAR MORTGAGE,    C/O MILSTEAD & ASSOC,    1 E. STOW ROAD,    Marlton, NJ 08053-3118
14320670        +NATIONSTAR MORTGAGE,    PO BOX 60516,    City of Industry, CA 91716-0516
14329694        +SEWICKLEY VET HOSPITAL,    c/o IC SYSTEMS COLLECTIONS,    PO BOX 64378,
                  Saint Paul, MN 55164-0378
14348813        +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage, LLC,    PO Box 619096,
                  Dallas TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14409302        +E-mail/Text: kburkley@bernsteinlaw.com Jun 20 2020 03:52:02     Duquesne Light Company,
                  c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                  Pittsburgh, PA 15219-1945
                                                                                             TOTAL: 1
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Duquesne Light Company
14329693*       +NATIONSTAR MORTGAGE,    PO BOX 60516,    City of Industry, CA 91716-0516
14329692*       +NATIONSTAR MORTGAGE,    C/O MILSTEAD & ASSOC,    1 E. STOW ROAD,    Marlton, NJ 08053-3118
                                                                                   TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

```
          James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK
           as Trustee for Nationstar Home Equity Loan Trust 2007-C bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC as servicer for The Bank of
           New York Mellon f/k/a the Bank of New York as Trustee for Nationstar Home Equity Loan Trust
           2007-C pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Russell A. Burdelski    on behalf of Debtor Holly A. Hartswick atyrusb@choiceonemail.com
          Sindi  Mncina    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as
           Trustee for Nationstar Home Equity Loan Trust 2007-C smncina@rascrane.com
                                                                                             TOTAL: 7
```